*Orginial*

Cause No. 05-18-00317-CU

# IN THE FIFTH COURT OF APPEALS

## DALLAS COUNTY, TEXAS

**FILED IN**
Court of Appeals

JUN 0 5 2018

Lisa Matz
Clerk, 5th District

◄►

*In re Deloris Phillips*, Petitioner/Appellant.
And
Porshala Phillips, Respondent,
William Brent, Respondent

◄►

**IN THE DISTRICT COURT DALLAS COUNTY, TEXAS
254TH FAMILY COURT HONORABLE DARLENE EWING
TRANSFERED FROM
303RD COURT HONORABLE DENNIESE GARCIA
DF-18-00541**

---

### APPELLANT'S AMENDED NOTICE OF APPEAL

---

Respectfully and humbly submitted,

/s/: Deloris Phillips
Pro Se Petitioner
3101 Luxar Way
Dallas, Texas 75233-1363
Phone: (469) 671-8941
Email: delorisphillips360@mail.com
Date: 06.04.2018

*PETITIONER HUMBLY BESEECHING ORAL ARGUMENT*

Honorable Justices of the Fifth Court of Appeals for Dallas, Texas:

COMES NOW the petitioner, self-represented, and files this Notice of Appeal from the judgment signed by the Court on June 04, 2018, appeals to the Fifth Court of Appeals at Dallas County, Texas.

ORDER APPEALED AND ATTACHED AS:

ORDERS (06.04.2018): Honorable Darlene Ewing (254th District Court)

1) Order denying petitioner's motion for leave to file subpoena school records of children (Bookmark Order pg. 1);

2) Order denying petitioner's motion for leave to file subpoena City of Dallas and DPD's production of records/files/notes regarding the truth of premeditated Green Oaks (10.25.2013), First Interrogatories of all 5 persons involved with direct personal knowledge of prearranged DPD Meeting of 10.25.2013; and compelled testimony of the same 5 persons with personal knowledge of premeditated Green Oaks(Bookmark Order pg. 2); ;

3) Order withholding petitioner's motion to stay granted motion to confer with children on the record for the record (Bookmark Order pg. 3);and

4) Order Granting City of Dallas's motion to deny petitioner's motion to compel testimony, first interrogatories, and productions of records regarding premeditated Green Oaks (Bookmark Order pg. 4); .

Respectfully and humbly submitted,

/s/: Deloris Phillips
Pro Se Petitioner
3101 Luxar Way
Dallas, Texas 75233-1363
Phone: (469) 671-8941
Email: delorisphillips360@mail.com
Date: 06.04.2018

Phillips
v.
Phillips

## ORDER FOR PETITIONER'S MOTION FOR LEAVE TO SUBPOENA TESTIMONY, PRODUCTION OF RECORDS/NOTES/FILES AND FIRST INTERROGATORIES

After considering Appellant, Deloris Phillips' motion for leave to subpoena testimony of Dallas' Mayor Michael Rawlings, Dallas Police Officer Cpl. Herbert Cotner (Badge No. 5611), Dallas Police Officer David Ferguson (Badge No. 8170), Dallas Police Officer Aaron Gajkowski (Badge No. 8796) and the notes of Dallas Police Social Worker Marilu Velez-Thorn; production of Dallas Police Department, Dallas City Attorney's Office and the Dallas City Secretary documents/records and first interrogatories for same persons , SAID COURT:

DENIES the motion.

GRANTS the motion in part (please see separately attached motions for leave to file).

GRANTS the motion in full.

SIGNED on _____4_____ of June, 2018

_____
PRESIDING JUDGE

**CAUSE NO.: DF-18-00541**

## ORDER FOR PETITIONER'S MOTION FOR LEAVE TO SUBPOENA CHILDREN'S SCCHOOL RECORDS [ATTENDANCE (TARDIES, ABSENCES), DISCIPLANARIAN FILES, REFERRALS AND AND/ALL COUNSELING, RECORDS FOR ENTIRE DISD SCHOOL YEAR 2017-18

After considering petitioner Deloris Phillips' motion SAID COURT:

DENIES the motion_____

GRANTS the motion in part (please see separately attached motions for leave to file)_____

GRANTS the motion in full_____

SIGNED on _____4_____ of June, 2018

_____
PRESIDING JUDGE

CAUSE NO.: <u>DF-18-00541</u>

# <u>ORDER FOR PETITIONER'S MOTION TO STAY GRANTED</u><br><u>MOTION TO CONFERENCE WITH CHILDREN</u><br><u>ON THE RECORD FOR THE RECORD</u>

After considering petitioner Deloris Phillips' motion SAID COURT:

withholds ruling until completion of trial

DENIES the motion_____

GRANTS the motion in part (please see separately attached motions for leave to file)_____

GRANTS the motion in full_____

SIGNED on _____4_____ of June, 2018

_____
PRESIDING JUDGE

CAUSE NO. DF-18-00541

| | § | |
|---|---|---|
| DELORIS PHILLIPS | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | DALLAS COUNTY, TEXAS |
| V. | § | |
| | § | |
| PORSHALA PHILLIPS, ET | § | |
| AL, | § | |
| | § | 254th JUDICIAL DISTRICT |
| Defendants | | |

## ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUBPOENA REQUESTING PRODUCTION OF DOCUMENTS AND LEAVE TO FILE INTERROGATORIES

On this day, the Court heard Plaintiff's "Motion for Leave to File Subpoena Requesting Production of Documents and Leave to File Interrogatories for Each Person with Up, Close and Personal Knowledge/Truth of October 25, 2013". After consideration of the arguments of Plaintiff, the Court finds that Plaintiff's motion should be **DENIED**.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that "Plaintiffs' Motion for Leave to File Subpoena Requesting Production of Documents and Leave to File Interrogatories for Each Person with Up, Close and Personal Knowledge/Truth of October 25, 2013" is **DENIED**.

Plaintiff is ordered not to file any other motion or request for depositions or discovery from the City of Dallas, its officials, or employees and no such motion or request will be considered or set for hearing, the City and/or its officials or employees do not need to respond to or answer any motion or discovery request, and any motion or request shall be deemed denied, if filed.

Signed the ___ day of June 2018.

_____
Presiding Judge

**STATE OF TEXAS§**
**DALLAS COUNTY§**

## DECLARATION UNDER PENALTY OF PERJURY
## SWORN UNDER 28 U.S.C. § 1746
## IN SUPPORT OF
## APPELLANT'S AMENDED NOTICE OF APPEAL

My name is Deloris Phillips, my date birth is 03.20.1967, and my address is 3101 Luxar Way, Dallas, Texas 75233-1363, USA. The last four of my social security number is 8896. I have personal knowledge of amended notice of appeal.

A written declaration under penalty of perjury can be used in place of an Affidavit. *Mansions in the Forest, L.P. v. Montgommery Cty.,* 365 S.W.3d 314, 316 (Tex.2012) and Tex. Civil Prac. & Rem. Code § 132.001.

**EXECUTED** on the 04th day of June 2018.

Respectfully and humbly submitted,


/s/: Deloris Phillips
Pro Se Petitioner
3101 Luxar Way
Dallas, Texas 75233-1363
Phone: (469) 671-8941
Email: delorisphillips360@mail.com
Date: 06.04.2018

## CERTIFICATE OF CONFERENCE

Petitioner verifies she stated for the record on the record on the record that Notice of Appeal would be filed for all Orders denying motions.

Respectfully and humbly submitted,

/s/: Deloris Phillips
Pro Se Petitioner
3101 Luxar Way
Dallas, Texas 75233-1363
Phone: (469) 671-8941
Email: delorisphillips360@mail.com
Date: 06.04.2018

## CERTIFICATE OF SERVICE

Petitioner Deloris Phillips certifies that true and correct copy of aforementioned writ of mandamus was forwarded to Respondent Porshala Phillips danymoss@yahho.com porshadallas@gmail.com; and Public Defender Jennifer Perkins via her email Jennifer.perkins@dallascounty.org Monday, June 04, 2018.

Porshala Phillips danyelmoss@yahoo.com porshadallas@gmail.com

Jennifer Perkins Jennifer.perkins@dallascounty.org

/s/: Deloris Phillips
Pro Se Petitioner
3101 Luxar Way
Dallas, Texas 75233-1363
Phone: (469) 671-8941
Email: delorisphillips360@mail.com
Date: 06.04.2018